No. 1,903.—STATE ex rel. HOPKINS, Relator, v. McRAE et al., Respondents.

Original—Writ of Prohibition.

Decided December 24, 1902.

Per Curiam.—Relator's application for a writ of prohibition herein is denied.

*Mr. E. J. Dierks, Mr. Sydney Sanner, and Messrs. F. & H. Collins,* for Relator.

———

No. 1,498.—MAYO, Respondent, v. HUGHES, Administratrix, Appellant.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

On motion to dismiss appeal.

Decided Januaray 2, 1903.

Per Curiam.—The appeal herein is hereby dismissed in accordance with the stipulation on file herein.

*Messrs. Donlan & Forestell, and Messrs. McBride & McBride,* for Appellant.

*Messrs. Kirk & Clinton,* for Respondent.